Commonwealth *v.* Shaird, Appellant.

Submitted December 6, 1971. *Wallace R. Shaird,* appellant, in propria persona; *William P. Boland* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney,

*Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed on the opinion of Judge WALSH of the court below.